THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN MURRY, Appellant.

Submitted May 23, 1949; decided May 26, 1949.

*Frank S. Hogan, District Attorney (Whitman Knapp* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

HOLLYWOOD PLAYS, INC., et al., Respondents, *v.* COLUMBIA PICTURES CORPORATION, Appellant.

Submitted May 16, 1949; decided May 26, 1949.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 299 N. Y. 61.]